IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WALTER S. LEE,<br><br>      **Plaintiff,**<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 5:12-CV-253(MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

On December 7, 2012, the Court ordered the Plaintiff to show cause to the Court by December 17, 2012, as to why his case should not be dismissed. (Doc. 6). The Court warned the Plaintiff that failure to comply with the Order would result in an immediate dismissal of his case. The Plaintiff has not complied with the Court's Order. Accordingly, the Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 19th day of December, 2012.

                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT